COOK v. TRINITY COUNTY LUMBER CO.
et al.   (No. 338.)

(Court of Civil Appeals of Texas.   Beaumont.
March 16, 1918.)

APPEAL AND ERROR ⬤—555 — MATTERS RE-
VIEWABLE.
Where the statement of facts and bills of
exception have been stricken, and the assign-
ments of error are such as cannot be considered
without a statement of facts, a cause must be
affirmed, where the trial court had jurisdiction
of the parties and subject-matter and rendered
a judgment authorized by the pleadings.

⬤—For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Appeal from District Court, Trinity County; S. W. Dean, Judge.

Suit by W. A. Cook against the Trinity County Lumber Company and others for the recovery of land. Judgment for defendants, and plaintiff appealed to the Court of Civil Appeals for the First Supreme Judicial District at Galveston, where the statement of facts and bills of exception were stricken on motion. Transferred to this court under order of the Supreme Court. Affirmed.

W. A. Cook, of Groveton, in pro. per. R. E. Minton, of Groveton, for appellees.

HIGHTOWER, C. J. Appellant, W. A. Cook, brought suit against the Trinity County Lumber Company and others in the district court of Trinity county for the recovery of certain land, and from an adverse judgment rendered on February 9, 1917, appellant appealed this cause to the Court of Civil Appeals for the First Supreme Judicial District of this state, at Galveston. Thereafter, and in due time, appellees filed their motion in the Court of Civil Appeals at Galveston, praying that court to strike from the record appellant's statement of facts and bills of exception, which motion was based upon valid and legal grounds, and which motion was, by said Court of Civil Appeals, granted, and the statement of facts and bills of exception were ordered stricken from the record. Afterwards, on December 3, 1917, the Court of Civil Appeals at Galveston, acting under order of the Supreme Court transferred the record in this cause to this court, and same was duly submitted for this court's consideration.

We have examined appellant's assignments of error in his brief, and find that they are of such character as cannot be considered in the absence of a statement of facts, and it appearing that the cause of action was one over which the trial court had jurisdiction, both as to parties and subject-matter, and that the judgment rendered by that court was one authorized by the pleadings in the case, this court has no alternative but to affirm the judgment of the trial court.

It is therefore accordingly ordered that the judgment of the trial court be affirmed, and all costs of this appeal are adjudged against the appellant.